IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JERALDINE CLARK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-2050 |
| | § | |
| M&T BANK, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Amended Unopposed Second Motion to Extend Time to Respond to Plaintiff's Original Petition filed by defendants, M&T Bank ("M&T") and Lakeview Loan Servicing, LLC ("Lakeview"), is granted. (Docket Entry No. 8). The deadline for defendants to respond to plaintiff's original petition is extended to **August 22, 2014**. Docket Entry No. 7 is moot.

SIGNED on August 13, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge